1  RONALD WILCOX, Bar No. 176601
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: 408-296-0400
   Fax: 408-296-0486

4
   O. RANDOLPH BRAGG (admitted pro hac vice)
5  Horwitz, Horwitz & Associates
   25 E. Washington Street, Suite 900
6  Chicago, IL 60602
   Tel: 312-372-8822
7  Fax: 312-372-1673

8  Attorneys for Plaintiff

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CRAIG UYEDA, on behalf of himself and all others similarly situated, | Case No. C04-04312 JW |
| Plaintiff. | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, and ORDER** |
| J.A. CAMBECE, et al., Defendants. | Date: October 31, 2005<br>Time: 10:00a.m. |

The parties hereby request that the Case Management Conference set for October 31, 2005, be continued to November 21, 2005. There is another matter on calendar with the same defendant and substantially the same counsel. The parties believe it would be more efficient to continue these matters to the same date and time.

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: 10/26/2005 | /s/Ronald Wilcox_____ |
| 3 | | Ronald Wilcox, for Plaintiff |
| 4 | Dated: 10/26/2005 | /s/Brian Hannon_____ |
| 5 | | Brian Hannon, for Defendants |

**ORDER**

The Case Management Conference shall be continued to November 21, 2005 at 10:00a.m.

**IT IS SO ORDERED,**

_____     10/28/05
**HON. JAMES WARE**                    Date
**U.S. DISTRICT JUDGE**