Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

**COUNSEL FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Craig Uyeda, on behalf of himself and all others similarly situated, | |
| Plaintiff, | **CASE NO.  5:04-cv-04312-JW** |
| vs. | **AGREED MOTION TO DISMISS WITH PREJUDICE** |
| J.A. Cambece Law Office, P.C., J.A. Cambece, and CACV of Colorado, LLC Defendants. | |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Through discovery plaintiff has learned that a class action may not be appropriate in this matter.  Thus, the parties have agreed to resolve this matter on an individual basis, with no prejudice to the potential class members. In light of the settlement reached between the parties as to all remaining issues pending before the Court, Craig Uyeda, Plaintiff, hereby moves the Court to dismiss this action with prejudice. Defendants, through their attorneys, have agreed to the granting of this motion.

Respectfully submitted this 16th day of December, 2005.

/s/Ronald Wilcox
Ronald Wilcox, Esq., 176601

COUNSEL FOR PLAINTIFF

Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

**COUNSEL FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Craig Uyeda, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.A. Cambece Law Office, P.C., J.A. Cambece, and CACV of Colorado, LLC<br>Defendants. | **CASE NO. 5:04-cv-04312-JW**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On this day the Court considered Plaintiff's Agreed Motion to Dismiss with Prejudice. The Court finds that such motion should be granted.

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice as to Plaintiff and without prejudice as to the rights of the putative class members. All relief not expressly granted in this order is denied.

Signed this ___3rd___ day of ___January___, 2006.

_____
UNITED STATES DISTRICT JUDGE